RECEIPT # 56286
AMOUNT $ 150
SUMMONS ISSUED ✓
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 6-2-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN CLERKS OFFICE

2004 JUN -2 P 1:04

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
*************************************
PATRICK L. MCGUINNESS,              *
                                     *
        Plaintiff                    *
                                     *
v.                                   *   COMPLAINT
                                     *
TXU ENERGY SOLUTIONS LP and         *
SCOTT HARRISON,                      *
                                     *
        Defendants                   *
*************************************
```

C.A. NO. 04 1110 JLT

MAGISTRATE JUDGE Dein

### INTRODUCTORY STATEMENT

1. Plaintiff, a former employee of the defendant employer, brings this complaint under federal and state law, against such employer and its agent, to seek redress because the employer discharged the plaintiff in retaliation for his protests concerning the defendants' racially discriminatory treatment of plaintiff's manager, one Henry Clay Cox, an African-American. Plaintiff seeks an award of damages, including punitive damages, and reasonable attorney's fees.

### JURISDICTION AND VENUE

2. Jurisdiction of this court is involved pursuant to 42 U.S.C. § 2000e-5(3) and 28 U.S.C. § 1332.

3. Venue in this district is invoked pursuant to 42 U.S.C. § 2000e-5(3) as plaintiff, a resident of Massachusetts, was employed in this district, working out of his residence.

### PARTIES

4. Plaintiff is a citizen of the United States and is currently a resident of Yarmouthport, Massachusetts. He is Caucasian.

5. Defendant, TXU Energy Solutions, L.P. (TXU), is a for profit corporation with a place of business in Dallas, Texas. Defendant, Scott Harrison, was at all times material hereto TXU's Director of Operations. He is also believed to be a resident of Texas.

6. The defendant employer, at all times material hereto has been an employer within the meaning of G.L. c. 151B and 42 U.S.C. 2000e.

## ALLEGATIONS GIVING RISE TO PLAINTIFF'S CLAIMS FOR RELIEF

7. Plaintiff was employed by the defendant employer for over 4 years until August, 2003. His most recent position was as a project manager.

8. At all times material hereto plaintiff performed his duties with his employer in an exemplary, competent and more than adequate manner.

9. On or about July 24, 2003, plaintiff wrote a letter to TXU, complaining that plaintiff's manager, Henry Clay Cox, Jr., an African-American, was the victim of racially discriminatory treatment by his (Cox's) superiors at TXU.

10. On or about August 1, 2003 the defendant employer discharged the plaintiff from its employ.

11. Such discharge was in retaliation for plaintiff's complaint, the previous week, of the discriminatory treatment received by Cox.

12. Defendant Harrison made the decision to discharge plaintiff and/or significantly participated in the decision.

13. Such retaliatory discharge was in violation of 42 U.S.C. 2000e-3, and G.L. c. 151B § 4, paragraph 4.

14. Defendant Harrison aided and abetted the unlawful actions of TXU, in violation of M.G.L. c. 151B, § 4, Paragraph 5.

15. On or about November 17, 2003 plaintiff filed a complaint with the EEOC and MCAD which complaint alleged that defendants unlawfully discharged him in retaliation for his complaint of racial discrimination against Cox. This complaint was assigned a docket number of 16CA400387 by the EEOC, and 031303058 by the MCAD.

16. Plaintiff has exhausted all required administrative remedies which remedies are required to be exhausted prior to his bringing or maintaining this action, and received a right to sue letter from the EEOC on or about April 27, 2004.

17. As a direct and proximate result of the defendants' retaliatory employment practices as alleged above, plaintiff has suffered damages in the form of loss of earnings, past and future, as well as mental anguish and suffering.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff prays for the following relief:

A. That he be awarded damages sufficient to compensate him for his loss of earnings, past and future, and for his mental anguish and suffering;

B. That he be awarded punitive damages pursuant to the provisions of 42 U.S.C. § 1981a and G.L. c. 151B Section 9;

C. That he be awarded his costs and disbursements relative to this action, including his reasonable attorney's fees; and

D. That this court award him such other and further relief as it deems to be just and proper.

## JURY CLAIM

The plaintiff claims a trial by jury with respect to every issue in this action which may be triable by a jury.

Date: 6-1-04

Patrick L. McGuinness
by his attorney,

*/s/ Paul A. Manoff*

Paul A. Manoff
47 Winter St., 4th Fl.
Boston, MA 02108
(617) 542-4620
BB0# 318220

mcguinness\complaint

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Patrick L. McGuinness

FILED IN CLERKS OFFICE
2004 JUN -2 P 1: 04
U.S. DISTRICT COURT
DISTRICT OF MASS

**DEFENDANTS**
TXU Energy Solutions, LP
and Scott Harrison

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Barnstable, MA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Paul A. Manoff
47 Winter St., #4, Boston, MA 02108
(617) 542-4620   BBO# 318220

ATTORNEYS (IF KNOWN)  W. Stephen Cockerham
Huntoon & Williams
1601 Bryan Street, 30th
Dallas, TX 75201

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury—Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | HABEAS CORPUS: | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | FEDERAL TAX SUITS | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 U.S.C., Section 2000e-3, unlawful retaliation against plaintiff, he was dismissed from his employment because he opposed racial discrimination against his supervisor.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ unspecified
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____  DOCKET NUMBER _____

DATE: 6/2/04
SIGNATURE OF ATTORNEY OF RECORD: Paul A. Manoff /s/

FOR OFFICE USE ONLY

RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Patrick J. McGuinness v. TXU Energy Solutions LP, et al

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    X    II.   195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
                740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

    ___  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

    ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.

    ___  V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? No

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? No
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403) ___

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? No

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)). YES No OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)). YES No

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES No (a)   IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? ___

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? Eastern-Barnstable County

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION ___ OR WESTERN SECTION Not applicable

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Paul A. Manoff
ADDRESS           47 Winter St., #4, Boston, MA 02108
TELEPHONE NO.     (617) 542-4620

(Category.frm - 09/92)