UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICK L. MCGUINNESS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TXU ENERGY SOLUTIONS LP and )<br>SCOTT HARRISON, )<br>)<br>Defendants. )<br>) | Civil Action No. 04 CV 11170 JLT |

AFFIDAVIT OF MARGARET L. BENAVENTE
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, MARGARET L. BENAVENTE, of Dallas, Texas, hereby depose and state as follows:

1. I am a member of the bar of the State of Texas and the State of California and am admitted to practice before the following courts:

| Court | Date Admitted |
|---|---|
| State of Texas (all courts) | November 7, 1997 |
| United States District Court for the Eastern District of Texas | 1998 |
| United States District Court for the Northern District of Texas | 1998 |
| United States District Court for the Southern District of Texas | 2002 |
| United States District Court for the Western District of Texas | 2002 |
| State of California (all courts) | June 2000 |
| United States District Court for the Central District of California | 2002 |

1

| | |
|---|---|
| United States District Court for the Southern District of California | 2002 |
| United States District Court for the Northern District of California | 2003 |
| United States District Court for the Eastern District of California | 2003 |

2. I am a member in good standing in all said jurisdictions.

3. There are no disciplinary actions pending against me as a member of the bar in any of the above-listed jurisdictions.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I am an associate of the firm of Hunton & Williams LLP, Energy Plaza, 30th Floor, 1601 Bryan Street, Dallas, Texas 75201, which Defendants have retained to represent them as co-counsel in the above-captioned action.

Signed under the pains and penalties of perjury this 16th day of June, 2004.

Margaret L. Benavente

2

85379.040049 DALLAS 111403v1