UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 22 P 3: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PATRICK L. MCGUINNESS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04 CV 11170 JLT |
| ) | |
| v. ) | |
| ) | |
| TXU ENERGY SOLUTIONS LP and ) | |
| SCOTT HARRISON, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF W. STEPHEN COCKERHAM
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, W. STEPHEN COCKERHAM, of Dallas, Texas, hereby depose and state as follows:

1. I am a member of the bar of the State of Texas and am admitted to practice before the following courts:

| Court | Date Admitted |
|---|---|
| State of Texas (all courts) | November 7, 1986 |
| United States District Court for the Eastern District of Texas | 1989 |
| United States District Court for the Northern District of Texas | 1989 |
| United States Court of Appeal for the Fifth Circuit | 1991 |
| United States District Court for the Western District of Texas | 1997 |

2. I am a member in good standing in all said jurisdictions.

1

3. There are no disciplinary actions pending against me as a member of the bar in any of the above-listed jurisdictions.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I am a partner of the firm of Hunton & Williams LLP, Energy Plaza, 30th Floor, 1601 Bryan Street, Dallas, Texas 75201, which Defendants have retained to represent them as co-counsel in the above-captioned action.

Signed under the pains and penalties of perjury this 12th day of June, 2004.

W. Stephen Cockerham

85379.040049 DALLAS 111394v1