UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK L. MCGUINNESS,<br><br>Plaintiff,<br><br>v.<br><br>TXU ENERGY SOLUTIONS LP and<br>SCOTT HARRISON,<br><br>Defendants. | Civil Action No. 04 CV 11170 JLT |

### AFFIDAVIT OF PAUL W. BOWEN
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, PAUL W. BOWEN, of Dallas, Texas, hereby depose and state as follows:

1. I am a member of the bar of the State of Texas and am admitted to practice before the following courts:

| Court | Date Admitted |
|---|---|
| Supreme Court of Colorado | October 15, 2001 |
| United States District Court for the District of Colorado | November 16, 2001 |
| United States Court of Appeals for the Tenth Circuit | December 12, 2001 |
| United States District Court for the Northern District of Texas | June 29, 2004 |

2. I am a member in good standing in all said jurisdictions.

3. There are no disciplinary actions pending against me as a member of the bar in any of the above-listed jurisdictions.

1

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I am an associate of the firm of Hunton & Williams LLP, Energy Plaza, 30th Floor, 1601 Bryan Street, Dallas, Texas 75201, which Defendants have retained to represent them as co-counsel in the above-captioned action.

Signed under the pains and penalties of perjury this 20th day of July, 2004.

*Paul W. Bowen* (signature)

Paul W. Bowen