

# HUNTON & WILLIAMS

HUNTON & WILLIAMS LLP
ENERGY PLAZA
30TH FLOOR
1601 BRYAN STREET
DALLAS, TEXAS 75201-3402

TEL: 214 • 979 • 3000
FAX: 214 • 880 • 0011

W. STEPHEN COCKERHAM
DIRECT DIAL: 214-979-3005
EMAIL: scockerham@hunton.com

October 22, 2004

FILE NO: 85379.040051

*Via Certified Mail, RRR - 7002 0510 0002 6555 0721*

Zita Lovett, Deputy Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Courtroom 20, 7th Floor
Boston, MA 02210

Re: *McGuinness v. TXU Energy Solutions LP and Scott Harrison*;
U.S. District Court, District of Massachusetts; No. 04 CV 11170JLT

Dear Clerk:

Pursuant to the Court's September 17, 2004 Discovery Order, Defendants hereby respectfully notify the Court that Defendant Scott Harrison's Motion to Dismiss for Lack of Personal Jurisdiction, which was filed on August 2, 2004, is pending.

Thank you for your attention to this matter.

Sincerely,

W. Stephen Cockerham

WSC/bls

cc: Gregory A. Manousos (U. S. Mail)

Paul A. Manoff (U. S. Mail)
(Plaintiff's Counsel of Record)
4th Floor
47 Winter Street
Boston, MA 02108

85379.040051 DALLAS 130875v2