UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK L. MCGUINNESS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04 CV 11170 JLT |
| ) | |
| v. ) | |
| ) | |
| TXU ENERGY SOLUTIONS LP and ) | |
| SCOTT HARRISON, ) | |
| ) | |
| Defendants. ) | |

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and in compliance with the Court's Order of September 17, 2004, Plaintiff Patrick L. McGuinness ("Plaintiff") and Defendants (TXU Energy Solutions LP and Scott Harrison ("Defendants") (collectively, the "Parties"), hereby submit their Joint Statement in the above-captioned action.

1. **JOINT DISCOVERY PLAN**

   A. **Depositions and Written Discovery**

   The Parties agree to complete all written discovery and depositions by July 8, 2005. The parties agree to limit the number of fact depositions to ten (10) depositions for each side, pursuant to Local Rule 26.1(C). Any party that wishes to take more than ten depositions may not do so without permission of the Court. The limit on depositions set forth above shall not prevent any party from seeking a protective order, where appropriate, to preclude or limit any particular deposition.

1

B.  Expert Depositions

In addition to the fact depositions, the Parties may also take expert depositions if necessary. Disclosure of expert witnesses shall be in accordance with applicable rules.

C.  Written Discovery

The Parties agree to comply with the discovery event limitations set forth in Local Rule 26.1(C).

2.  **PRE-TRIAL SCHEDULE / SCHEDULE FOR FILING MOTIONS**

The Parties have agreed to the following pre-trial schedule:

1. Amend pleadings and add parties by December 3, 2004.
2. Plaintiff's Expert Report to be filed by March 1, 2005.
3. Defendant's Expert Report to be filed by April 1, 2005.
4. All challenges to expert designations to be filed by July 15, 2005.
5. All fact discovery completed by July 8, 2005.
6. All dispositive motions to be filed by August 8, 2005.
7. Trial to be conducted in November / December 2005
8. A Pre-Trial Conference to be held, if appropriate, twenty one (21) days after a decision on any Rule 56 motion.

3.  **CERTIFICATIONS**

The Parties' certifications pursuant to Local Rule 16.1(D)(3) are attached hereto as Exhibit A.

4.  **MAGISTRATE JUDGE**

Pursuant to Local Rule 16.1(B)(3), the Parties do not agree to proceed before a Magistrate Judge on any matter in this action.

Dated: October 27, 2004

                                            Respectfully Submitted,

| /s/ Paul A. Manoff | /s/ W. Stephen Cockerham |
|---|---|
| Paul A. Manoff<br>BBO# 318220<br>47 Winter St., 4th Floor<br>Boston, MA 02108<br>(617) 542-4620 | Gregory A. Manousos, BBO # 631455<br>Morgan, Brown & Joy, LLP<br>One Boston Place<br>Boston, MA 02108<br>(617) 523-6666<br><br>W. Stephen Cockerham,<br>Texas Bar No. 04463300<br>Paul W. Bowen<br>Texas Bar No. 24043560<br>Hunton & Williams LLP<br>Energy Plaza, 30th Floor<br>1601 Bryan Street<br>Dallas, TX 75201<br>(214) 979-3000 |

**Exhibit A**

## LOCAL RULE 16.1 (D)(3) CERTIFICATIONS

Pursuant to Local Rule 16.1(d)(3), the undersigned Parties hereby certify that each party and that party's counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| **PLAINTIFF** | **DEFENDANTS** |
|---|---|
| /s/ Patrick L. McGuinness | /s/ Kevin Bohn |
| Patrick L. McGuinness | TXU Energy Solutions LP |
| *Plaintiff* | By:  Kevin Bohn |
|  | Title: |
|  |  |
|  | /s/ Scott Harrison |
|  | Scott Harrison |
|  | *Defendant* |
|  |  |
| /s/ Paul A. Manoff | /s/ W. Stephen Cockerham |
|  |  |
| Paul A. Manoff | Gregory A. Manousos, BBO #631455 |
| 47 Winter St., 4th Floor | Morgan, Brown & Joy, LLP |
| Boston, MA 02108 | One Boston Place |
| (617) 542-4620 | Boston, MA 02108 |
| BBO #318220 | (617) 523-6666 |
|  |  |
| **ATTORNEY FOR PLAINTIFF** | W. Stephen Cockerham |
|  | Texas Bar No. 04463300 |
|  | Paul W. Bowen |
|  | Texas Bar No. 24043560 |
|  | Hunton & Williams, LLP |
|  | Energy Plaza, 30th Floor |
|  | 1601 Bryan Street |
|  | Dallas, TX 75201 |
|  | (214) 979-3000 |
|  |  |
|  | **ATTORNEYS FOR DEFENDANTS** |