UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PATRICK L. MCGUINNESS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-11170-JLT |
| | * | |
| | * | |
| TXU ENERGY SOLUTIONS LP and | * | |
| SCOTT HARRISON, | * | |
| | * | |
| Defendants. | * | |

ORDER

November 2, 2004

TAURO, J.

After a conference on November 2, 2004, this court hereby orders that:

1. Defendant Scott Harrison's Motion to Dismiss for Lack of Personal Jurisdiction [#6] is DENIED;

2. Plaintiff shall submit a notarized Affidavit of Patrick L. McGuinness [#7] to this court by November 16, 2004;

3. Plaintiff may depose Scott Harrison, Alex Hernandez, Al Titus, Kevin Bohn, and Pat Dixon;

4. Defendants may depose Patrick L. McGuinness, Henry Cox, Chris Weisenfels, and Constance Johnson;

5. The Parties shall complete discovery by March 31, 2005;

6. No additional discovery will be permitted without leave of this court; and

7.     A Further Conference is scheduled for April 11, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                    /s/ Joseph L. Tauro
                                    United States District Judge