UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICK L. McGUINNESS,
    Plaintiff,

V                                      CA 04-11170-JLT

TXU ENERGY SOLUTIONS LP,
    Defendant.

ORDER

JANUARY 12, 2005

TAURO, J.,

I hereby recuse myself from this case in order to avoid a potential conflict of interest.

See 28 U.S.C. Sec. 455(b)(4).

_____
United States District Judge