UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 24  P 2: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| PATRICK L. MCGUINNESS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04 CV 11170 JLT |
| ) | |
| v. ) | |
| ) | |
| TXU ENERGY SOLUTIONS LP and ) | |
| SCOTT HARRISON, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, the address for the attorney of record for the defendant in the above-entitled action will be:

Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
T: (617) 523-6666
F: (617) 367-3125

Respectfully submitted,

TXU ENERGY SOLUTIONS LP
and SCOTT HARRISON

_____
Gregory A. Manousos (BBO #631455)
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109
(617) 523-6666

Dated: February 16, 2005

## CERTIFICATE OF SERVICE

I, Gregory A. Manousos, do hereby certify that I have on this 16th day of February, 2005, served the within pleading, by first class mail upon: Paul A. Manoff, Attorney at Law, 47 Winter Street, 4th Floor, Boston, MA 02108; and W. Stephen Cockerham, Esquire, Hunton & Williams LLP, Energy Plaza, 30th Floor, 1601 Bryan Street, Dallas, TX 75201.

Gregory Manousos