**Paul A. Manoff**

Attorney at Law
4th Floor
47 Winter Street
Boston, Massachusetts 02108
Tel. (617) 542-4620

May 2, 2005

Honorable Nancy Gertner
U.S. District Court
One Courthouse Way
Boston, MA 02210

Re:   McGuinness v. TXU Energy Solutions LP, et al
      C.A. No. 04CV11170-NG

Dear Judge Gertner:

    This matter is before you on May 5 for a settlement conference. You asked me to provide you with the out of pocket damages my client has incurred as a result of his layoff in July, 2003. My client is alleging unlawful retaliation, in that only a few days after complaining in writing as to racial discrimination (the discrimination was leveled at plaintiff's boss, an African-American), plaintiff was laid off.

    At the time of his layoff plaintiff was earning about $60,000 a year plus benefits and bonus. Disregarding his expected yearly bonus, plaintiff's compensation was worth about $75,000 if benefits are estimated at the standard 25%. Plaintiff would have been laid off 7 months later, anyhow, as defendant laid off all or mostly all of the other similarly situated employees at the time. Plaintiff's special damages include 7 months back pay, $43,750, as well as the retention bonus ($40,000) and severance pay (6 months, $30,000) that the remaining project managers received after July, 2003. Accordingly, plaintiff's special damages approximate $113,000. Plaintiff has made a settlement demand of $150,000.

    I hope that this information assists you in facilitating the May 5 conference.

    Thank you for your assistance.

Sincerely,

Paul A. Manoff

PAM:cpj

Mcguinness\ltct3