# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Patrick L. McGuiness**
Plaintiff

V.

TXU ENERGY, et al
Defendant

CIVIL ACTION

NO. 04-11170-NG

## SETTLEMENT ORDER OF DISMISSAL

Gertner, D. J.

The Court having been advised on MAY 5, 2005 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

| 5/6/05 | s/Maryellen Molloy |
|---|---|
| Date | Deputy Clerk |

(60 DISM MCGUINESS 5--6-05.wpd - 12/98)
[stlmtodism.]